UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DASON BOIES MELIUS, Bk. No. 2310707,

Plaintiff,

v.

J. YEGA, City of Antioch Police Officer, et al.,

Defendant(s).

Case No. 25-cv-06956-CRB (PR)

**ORDER GRANTING MOTION FOR EXTENSION OF TIME AND AUTHORIZING PRISONER PLAINTIFF'S IN-PERSON DEPOSITION**

(ECF No. 22)

Good cause shown, defendants' motion for an extension of time to file a motion for summary judgment and for a court order authorizing them to depose plaintiff in person at the Contra Costa County West County Detention Facility (WCDF) is GRANTED. Defendants may depose plaintiff in person at WCDF and shall file a motion for summary judgment or other dispositive motion (or inform the court in writing that they do not believe this case can be resolved by summary judgment or other dispositive motion) by no later than November 2, 2026.

The clerk is directed to terminate the motion appearing on ECF as item number 22.

**IT IS SO ORDERED**.

Dated: July 27, 2026

CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California